# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
NOV 1 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America )<br>vs.    )<br>Dennis Michael Antieau  ) | Case No. 1:10CR00431-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Dennis Michael Antieau__, have discussed with __Jacob Scott__, Pretrial Services Officer, modifications of my release conditions as follows:

To add the following conditions: You shall surrender your passport to the Clerk of the U. S. District Court, prior to your release from custody. You shall obtain no passport during the pendency of this case;

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/29/10        _____  10/29/10
Signature of Defendant    Date            Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    11-2-10
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    11-4-10
Signature of Defense Counsel               Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   11/12/10

☐ The above modification of conditions of release is *not* ordered.

_____                    11/12/10
Signature of Judicial Officer              Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services