**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, DENNIS ANTIEAU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>DENNIS ANTIEAU,<br><br>    Defendant. | Case No.: 10-CR-0431-LJO<br><br>**PROTECTIVE ORDER CONCERNING COMPUTER MEDIA CONTAINING CHILD PORNOGRAPHY** |

**ORDER**

**THE COURT HEREBY ORDERS:**

1.  United States Department of Homeland Security, Immigration and Customs Enforcement agents shall make a duplicate copy of the hard drive and any attendant storage media for defense analysis;

2.  The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Richard P. Berman, Esq., and Defendant's proposed forensic expert designated by Global CompuSearch LLC to review at an ICE Office in Fresno, California, for the purpose of preparing for trial regarding the above-entitled action.  The images on the hard drive and storage

1 media shall not be viewed by any other person unless defense
2 counsel is present and the viewing is necessary to prepare for
3 Defendant's defense;
4     3.   A private room will be provided for the defense
5 examination.  No Government agents will be permitted inside the
6 room;
7     4.   The expert will be permitted to bring whatever
8 equipment, books or records, he believes necessary to conduct the
9 examination;
10     5.   Neither the defense expert nor defense attorney shall
11 remove the hard drive or other storage media from the ICE Office;
12     6.   With the exception of materials which would be
13 considered child pornography under federal law (including visual
14 images and data capable of conversion into a visual image), the
15 expert may download and remove files or portions of files,
16 provided the forensic integrity of the hard drive is not altered.
17 The expert will certify in writing that he has taken no materials
18 which would be considered child pornography under federal law and
19 that he has not caused any child pornography to be sent off site;
20     7.   Except when a defense expert or attorney fails to
21 provide this certification, no Government official or any person
22 connected with the Government, will examine or acquire in any
23 fashion any of the items used by the expert in order to conduct
24 the defense analyses.  However, should a defense expert fail to
25 certify that the items to be taken off site do not contain child
26 pornography, Government officials may then inspect or examine the
27 materials in order to ensure that prohibited child pornography
28 has not been removed;

1      8.  When the defense indicates that it is finished with its
2 review of the copy of the hard drives, said drives shall be
3 "wiped" clean and promptly returned to Defendant's proposed
4 expert whom originally provided the drives for the purpose of
5 this examination; and
6      9.  Any disputes regarding the above or problems
7 implementing this order shall be brought to the attention of the
8 Court through representative counsel after first consulting
9 opposing counsel.

13 IT IS SO ORDERED.

14 **Dated:   March 15, 2011**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE