**RICHARD P. BERMAN #55462**
Attorney at Law
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2333
FAX (559) 233-6947

ATTORNEY FOR   Defendant, DENNIS ANTIEAU

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: **10-CR-0431-LJO** |
| **Plaintiff,** | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
| **vs.** | |
| **DENNIS ANTIEAU,** | |
| **Defendant.** | |

**SHOULD THIS HONORABLE COURT SO ALLOW;**

The parties herein, Assistant U.S. Attorney Brian Enos, and Defendant, DENNIS ANTIEAU, through his attorney, Richard P. Berman, hereby agree and stipulate that Defendant, DENNIS ANTIEAU's, May 29, 2012, sentencing hearing be continued to September 10, 2012, to allow for Mr. ANTIEAU's hip surgery prior to incarceration.

The parties base this stipulation on good cause in that Defendant is scheduled for hip surgery on May 25, 2012, due to severe arthritis which affects his ability to walk and stand. His doctor has anticipated that his recovery should take approximately three months.  Therefore, Defendant should

1  hopefully be recovered around August 25, 2012. A letter from his
2  doctor is attached hereto.
3      It should be noted that DENNIS ANTIEAU has been a model
4  Defendant on Pretrial Services Release and has been working
5  closely with his Pretrial Services Officer to accomplish all of
6  the necessary arrangements pertaining to his ankle monitoring
7  during this procedure.
8      Any delay resulting from this continuance shall be excluded
9  from the Speedy Trial Act provisions in the interests of justice,
10 and the ends of justice in endorsing this stipulation through
11 formal order outweighs the interests of defendant and the public
12 in a speedy trial. See 18 U.S.C. sections 3161(h)(7)(A) and
13 3161(h)(7)(B)(ii).
14     IT IS SO STIPULATED.
15     Dated: May 4, 2012.          Respectfully submitted,
16                                  LAW OFFICE OF RICHARD P. BERMAN
17
18                                  By /s/ RICHARD P. BERMAN
                                        RICHARD P. BERMAN
19                                      Attorney for Defendant,
                                        DENNIS ANTIEAU
20
21     Dated: May 4, 2012.          BENJAMIN B. WAGNER
                                    United States Attorney
22
23
                                    By  /s/ BRIAN W. ENOS
24                                      BRIAN W. ENOS
                                        Assistant U.S. Attorney
25
26 ///
27 ///
28 ///

**ORDER**

Good cause appearing therefore, the sentencing hearing in this matter is reset to September 10, 2012, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   May 7, 2012**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE