BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00431-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DENNIS ANTIEAU, | |
| Defendant. | |

    WHEREAS, on April 19, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Dennis Antieau forfeiting to the United States the following property:

    a.  Dell Desktop Computer seized from defendant by law enforcement on or about September 21, 2010;

    b.  Compact discs and other storage devices containing depictions of minors engaged in sexually explicit conduct and seized by law enforcement on or about September 21, 2010.

    AND WHEREAS, beginning on July 11, 2012, for at least 30 consecutive days, the United States published notice of the Court's

Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Dennis Antieau.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.  The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **January 15, 2013**          /s/  **Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE