1  ANTHONY P. CAPOZZI, CSBN: 068525
   NICHOLAS A. CAPOZZI, CSBN: 275568
2  LAW OFFICES OF ANTHONY P. CAPOZZI
   1233 W. Shaw Avenue, Suite 102
3  Fresno, California 93711
   Telephone:  (559) 221-0200
4  Facsimile:  (559) 221-7997
   E-mail:  capozzilaw@aol.com
5
   Attorney for Defendant,
6  DENNIS ANTIEAU

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      ) Case No.: 1:10-CR-00431 LJO
                                  )
11         Plaintiff,             )
                                  )
12     vs.                        ) STIPULATION, DECLARATION OF
                                  ) ANTHONY P. CAPOZZI AND ORDER
13                                ) TO CONTINUE SURRENDER DATE
   DENNIS ANTIEAU,                )
14                                )
           Defendant.            )
15                                )

16

17      It is hereby stipulated between the United States Attorney

18 by and through its counsel Brian Enos, the Defendant, Dennis

19 Antieau, by and through his counsel of record, Anthony P.

20 Capozzi that the surrender date of January 17, 2013, be the

21 Federal Correctional Institution at Lompoc, California, be

22 vacated and that a new surrender date of March 1, 2013, be

23 ordered.

24 ///

25 ///

26 ///

27 ///

28 ///

                              - 1 -
     Stipulation, Declaration and [Proposed] Order to Continue Surrender Date
                  CASE NO.: 1:10-CR-00431 LJO

1 | IT IS SO STIPULATED.

2 | Dated: January 14, 2013

3 | /s/ Brian Enos
4 | Assistant United States Attorney

5 |

6 | Dated: January 14, 2013

7 | /s/ Anthony P. Capozzi
8 | Anthony P. Capozzi
Attorney for
DENNIS ANTIEAU

9 |

10 |

11 | **DECLARATION OF ANTHONY P. CAPOZZI**

12 |

13 | I, Anthony P. Capozzi, declare that I am an attorney

14 | licensed to practice law in the State of California and is in

15 | good standing. I am the owner of the Law Offices of Anthony

16 | P. Capozzi, counsel of record for Defendant, Dennis Antieau.

17 | I have personal knowledge of the facts stated below and could

18 | testify competently to them if required.

19 | 1. This attorney has been retained by Defendant, Dennis

20 | Antieau, in an attempt to have the Bureau of Prisons

21 | designate the Defendant to the Medical Facility at Terminal

22 | Island.

23 | 2. The Defendant's previous attorney, Richard Berman, has

24 | since retired and is not able to represent Mr. Antieau.

25 | 3. Mr. Antieau has a serious heart condition which must

26 | be attended to while incarcerated.

27 | 4. Mr. Antieau's medical records have not been submitted

28 | to the Probation Office nor to the Bureau of Prisons

Stipulation, Declaration and [Proposed] Order to Continue Surrender Date
CASE NO.: 1:10-CR-00431 LJO

1  regarding this issue.

2      5. This attorney has spoken to the United States Pre-

3  trial officer Jacob Scott and to Assistant United States

4  Attorney Brian Enos and both agree to a continuance of the

5  surrender date.

6      6. It is respectfully requested that the Defendant be

7  allowed to surrender on March 1, 2013, at 2:00 p.m. in order

8  to submit his medical records to the Bureau of Prisons for

9  review and a re-designation to Terminal Island.

10

11

12                                      */s/ Anthony Capozzi*_____

13                                      Anthony P. Capozzi
                                        Declarant

14

15

16

17

18                              **ORDER**

19

20

21  IT IS SO ORDERED.

22      Dated:   **January 15, 2013**          **/s/ Lawrence J. O'Neill**_____

23                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation, Declaration and [Proposed] Order to Continue Surrender Date
CASE NO.: 1:10-CR-00431 LJO