ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
DENNIS ANTIEAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:10-CR-00431 LJO |
| Plaintiff, | ) |
| vs. | ) STIPULATION, DECLARATION OF |
| | ) ANTHONY P. CAPOZZI AND |
| | ) ORDER TO CONTINUE SURRENDER |
| DENNIS ANTIEAU, | ) DATE |
| Defendant. | ) |

It is hereby stipulated between the United States Attorney by and through its counsel Brian Enos, the Defendant, Dennis Antieau, by and through his counsel of record, Anthony P. Capozzi that the surrender date of March 1, 2013, to the Federal Correctional Institution at Lompoc, California, be vacated and that a new surrender date of **April 1, 2013**, be ordered.

///

///

///

///

///

IT IS SO STIPULATED.

Dated: February 27, 2013

                                          */s/ Brian Enos*
                                          Assistant United States Attorney

Dated: February 27, 2013

                                          */s/ Anthony P. Capozzi*
                                          Anthony P. Capozzi
                                          Attorney for
                                          DENNIS ANTIEAU

**DECLARATION OF ANTHONY P. CAPOZZI**

    I, Anthony P. Capozzi, declare that I am an attorney licensed to practice law in the State of California and is in good standing. I am counsel of record for Defendant, Dennis Antieau.  I have personal knowledge of the facts stated below and could testify competently to them if required.

    1. This attorney has been retained by Defendant, Dennis Antieau, in an attempt to have the Bureau of Prisons re-designate the Defendant to the Medical Facility at Terminal Island.

    2. The Defendant's previous attorney, Richard Berman, has since retired and is not able to represent Mr. Antieau.

    3. Mr. Antieau has a serious heart condition which must be attended to while incarcerated.

    4. Mr. Antieau's medical records have been submitted to the Federal Correctional Institute at Lompoc, California

and the Bureau of Prisons Designation Center in Grand Prairie, Texas.

5. The facility is in the process of reviewing Mr. Antieau's medical records and, therefore, the Bureau of Prisons has not yet made a final determination regarding Mr. Antieau's placement.

6. This attorney has spoken to the United States Pre-trial officer Jacob Scott and to Assistant United States Attorney Brian Enos and both agree to a continuance of the surrender date.

7. It is respectfully requested that the Defendant be allowed to surrender on **April 1, 2013, at 2:00 p.m.** in order for the Bureau of Prisons to review his medical records and to issue its decision regarding a re-designation to Terminal Island.

*/s/ Anthony Capozzi*
Anthony P. Capozzi
Declarant

**ORDER**

Having read the foregoing Stipulation and Declaration, good cause has been shown to vacate Defendant's surrender date of March 1, 2013, and that a new surrender date of **April 1, 2013,** be ordered.

IT IS SO ORDERED.

Dated:  **February 27, 2013**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE