ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
DENNIS ANTIEAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:10-CR-00431 LJO |
| Plaintiff, | ) |
| vs. | ) STIPULATION, DECLARATION OF |
| | ) ANTHONY P. CAPOZZI AND |
| | ) ORDER TO CONTINUE SURRENDER |
| DENNIS ANTIEAU, | ) DATE |
| Defendant. | ) |

It is hereby stipulated between the United States Attorney by and through its counsel Brian Enos, the Defendant, Dennis Antieau, by and through his counsel of record, Anthony P. Capozzi that the surrender date of July 15, 2013, to the Federal Correctional Institution at Lompoc, California, be vacated and that a new surrender date of **August 19, 2013**, be ordered.

///
///
///
///
///

IT IS SO STIPULATED.

Dated: July 10, 2013

/s/ Brian Enos
Assistant United States Attorney

Dated: July 10, 2013

/s/ Anthony P. Capozzi
Anthony P. Capozzi
Attorney for
DENNIS ANTIEAU

**DECLARATION OF ANTHONY P. CAPOZZI**

I, Anthony P. Capozzi, declare that I am an attorney licensed to practice law in the State of California and is in good standing. I am counsel of record for Defendant, Dennis Antieau.  I have personal knowledge of the facts stated below and could testify competently to them if required.

1. This attorney has been retained by Defendant, Dennis Antieau, in an attempt to have the Bureau of Prisons re-designate the Defendant to the Medical Facility at Terminal Island.

2. The Defendant's previous attorney, Richard Berman, has since retired and is not able to represent Mr. Antieau.

3. Mr. Antieau has a serious heart condition which must be attended to while incarcerated.

4. Mr. Antieau's medical records were sent via the United States Postal Service Express Mail to the Federal Correctional Institute at Lompoc, California and the Bureau

1  of Prisons Designation Center in Grand Prairie, Texas on
2  February 21, 2013.
3      5. This attorney was notified on July 9, 2013, that the
4  Bureau of Prisons has reviewed the medical records and
5  determined that the original designation of FCI Lompoc will
6  not be changed.
7      6. This attorney has spoken to the United States Pre-
8  trial officer Jacob Scott and to Assistant United States
9  Attorney Brian Enos and both agree to a continuance of the
10 surrender date.
11     7. It is respectfully requested that the Defendant be
12 allowed to surrender on **August 19, 2013, at 2:00 p.m.** so that
13 he may get his affairs in order.

*/s/ Anthony Capozzi*
Anthony P. Capozzi
Declarant

**ORDER**

Good cause has been shown to vacate Defendant's surrender date of July 15, 2013, said date is vacated and a new surrender date of **August 19, 2013, at 2:00 p.m.** is hereby ordered.

Honorable Lawrence J. O'Neill

IT IS SO ORDERED.

Dated:   **July 11, 2013**                                  **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES DISTRICT JUDGE